## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Margo E. Brown
                                         Plaintiff,

v.                                                  Case No.: 1:16–cv–09396
                                                               Honorable Robert W. Gettleman

Country Club Hills SD#160, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: At plaintiff's request, the complaint is dismissed without prejudice to allow plaintiff to pursue her claim before the IDHR. Civil case terminated. Status hearing set for 6/8/17 is vacated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.